

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EJAZ AHMED,

                      Petitioner,

v.

JEREMY CASEY, et al.,

                      Respondents.

Case No.: 3:26-cv-1141-JES-SBC

**ORDER FOR SUPPLEMENT**

Before the Court is Petitioner Ejaz Ahmed's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause (ECF No. 6), on March 16, 2026, Respondents filed a return to the petition. ECF No. 9. In the return, Respondent represent that Petitioner had been mandatorily detained under 8 U.S.C. § 1225(b) since he illegally crossed the border on February 25, 2025. *Id.* at 2. Respondents further state that on February 6, 2026, an Immigration Judge ("IJ") denied Petitioner's claims for relief and entered a final order of removal against him. *Id.* Respondents state that this order is final because all parties waived appeal. *Id.* Thus, since that date, Petitioner is now detained under 8 U.S.C. § 1231(a), which provides Respondents with a 90-day period to effectuate the now-final removal. *Id.* at 1.

To support these claims, Respondents cite to Exhibit 3 of their submission for the February 6, 2026 date of final removal order. However, upon the Court's inspection of

Exhibit 3 (ECF No. 9-1 at 10-13), it appears to be the Notice and Order of Expedited Removal Petitioner was given on February 25, 2025 and every signature by any official that exists in this exhibit is from that February 25, 2025 date. Thus, nothing in the exhibit substantiates the claim that a final order of removal was entered against Petitioner on February 6, 2026, now placing him in § 1231 detention.

Accordingly, the Court **ORDERS** the government to provide a supplement with documentation to substantiate the February 6, 2026 final order of removal by no later than **March 24, 2026**.

**IT IS SO ORDERED.**

Dated: March 19, 2026

Honorable James E. Simmons Jr.
United States District Judge