

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ejaz Ahmed | |
| | **Civil Action No.**  26-cv-1141-JES-SBC |
| **Plaintiff,** | |
| **V.** | |
| Jeremy Casey Warden; Attorney General of the State of California | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DENIES the Petition without prejudice. In light of this ruling, the Court DENIES AS MOOT Petitioner's motion to appoint counsel. The case is hereby closed.

**Date:** _____4/1/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata _____

M. Quinata, Deputy